UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Katherine M., | File No. 26-cv-880 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Pam Bondi, *Attorney General*; Kristi Noem, Secretary, *U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Defendant. | |

Based on the Stipulation to Dismiss Petition for Writ of Habeas Corpus Without Prejudice, ECF No. 7, **IT IS ORDERED** that the action is **DISMISSED** without prejudice, with each party to bear its own costs and fees.

Dated: February 3, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court